**FILED**

# UNITED STATES COURT OF APPEALS

JUL 15 2009

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VANDA MCCAULEY, | No. 09-16197 |
| Plaintiff - Appellant, | D.C. No. 5:07-cv-01784-JF |
| v. | Northern District of California, San Jose |
| STANFORD UNIVERSITY MEDICAL CENTER; et al., | ORDER |
| Defendants - Appellees. | |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Kathleen Boergers
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

KB/MOATT